```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
   MANUEL ROCHA and LISA ROCHA,       )
10                                     )     2:05-cv-1187-GEB-KJM
                    Plaintiff,         )
11                                     )
              v.                       )     ORDER RE:  SETTLEMENT
12                                     )     AND DISPOSITION
   OLD KENT MORTGAGE COMPANY d/b/a     )
13 NATIONAL PACIFIC MORTGAG, FIFTH     )
   THIRD BANK, and DOES 1 through      )
14 20, inclusive,                      )
                                       )
15                  Defendants.        )
                                       )
16
17         On August 15, 2006, Defendant Old Kent Mortgage Company
18 filed a Notice of Settlement in which it states "the parties . . .
19 have agreed to settle [this] action and will submit a [dispositional
20 document] . . . within the next 30 days."  Therefore, a dispositional
21 document shall be filed no later than September 14, 2006.  Failure to
22 respond by this deadline may be construed as consent to dismissal of
23 this action without prejudice, and a dismissal order could be filed.
24 /////
25 /////
26 /////
27 /////
28 /////
```

See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

      IT IS SO ORDERED.

Dated:  August 16, 2006

                  /s/ Garland E. Burrell, Jr.
                  GARLAND E. BURRELL, JR.
                  United States District Judge